**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Chad** | **Allen** | **Meadows** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern**  District of  **Texas**

Case number  **25-32815**

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| **Part 1:** | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1  **15622 Jackie Robinson Rd**
   Street address, if available, or other description

   **Splendora, TX 77372-5450**
   City          State      ZIP Code

   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property?  **$0.00**
   Current value of the portion you own?  **$0.00**

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   **Leasehold interest only in 15622 Jackie Robinson Rd, Splendora, Texas**

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number:  **Debtor only has a leasehold interest in this property.**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ......................................... ➔ | **$0.00** |

| **Part 2:** | Describe Your Vehicles |
|---|---|

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor **Meadows, Chad Allen**                                         Case number *(if known)* __25-32815__

---

3.1  Make:                **Dodge**

Model:       **Ram Pickup 2500**

Year:                      **2018**

Approximate mileage:   **119,000**

Other information:

| Source of Value: Kelly Blue Book |

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$24,400.00** | **$24,400.00** |

If you own or have more than one, describe here:

3.2  Make:              **Kawasaki**

Model:                    **Z650**

Year:                      **2024**

Approximate mileage:    **850**

Other information:

| Source of Value: Kelly Blue Book |

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$8,460.00** | **$8,460.00** |

3.3  Make:              **Kawasaki**

Model:                    **Z900**

Year:                      **2024**

Approximate mileage:    **800**

Other information:

| Source of Value: Kelly Blue Book |

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$9,680.00** | **$9,680.00** |

3.4  Make:                **Honda**

Model:              **Africa Twin**

Year:                      **2019**

Approximate mileage:   **18,000**

Other information:

| Source of Value: Kelly Blue Book |

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$9,455.00** | **$9,455.00** |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

Debtor  Meadows, Chad Allen _____  Case number *(if known)* 25-32815 _____

---

4.1  Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ................................................... →  | **$51,995.00** |

---

| **Part 3:** | Describe Your Personal and Household Items |

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe. .........  | See Attached. |  **$3,580.00**

7.  **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe. .........  | One television ($100); second television ($50); Playstation 4 and gamees ($100); Macbook computer ($200); Bluetooth speaker ($20) |  **$470.00**

8.  **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe. .........

9.  **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe. .........  | Motorcycle helmet

Tattoo machine and supplies |  **$250.00**

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **3**

Debtor **Meadows, Chad Allen**                                    Case number *(if known)* **25-32815**

---

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No

    ☑ Yes. Describe. .........

    | See Attached. | $2,975.00 |

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........

    | Miscellaneous clothing, shoes and accessories, worn by the Debtor | $300.00 |

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No

    ☐ Yes. Describe. .........

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No

    ☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No

    ☑ Yes. Give specific information. ..............

    | Homemade trailer project (basically scrap metal)<br><br>Various car parts (basically scrap metal) | $250.00 |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..................................................................................................................... ➡ | $7,825.00 |

---

**Part 4:**    Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No

    ☐ Yes ........................................................................................................................................................ Cash: ...................

---

Debtor    **Meadows, Chad Allen**                                    Case number *(if known)* **25-32815**

---

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No

    ☑ Yes .....................          Institution name:

    17.1. Checking account:          **Chase Bank, N.A.**                                    **$7,674.11**

    17.2. Other financial account:   **Cash App account**                                   **$0.00**

    17.3. Other financial account:   **Venmo account**                                      **$0.00**

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No

    ☐ Yes .....................          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No

    ☐ Yes. Give specific
    information about
    them.....................   Name of entity:                          % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific
    information about
    them.....................   Issuer name:

Debtor  **Meadows, Chad Allen**                     Case number *(if known)* __25-32815__

---

21.  **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately.

| | Type of account: | Institution name: | |
|---|---|---|---|
| | 401(k) or similar plan: | _____ | _____ |
| | Pension plan: | _____ | _____ |
| | IRA: | _____ | _____ |
| | Retirement account: | _____ | _____ |
| | Keogh: | _____ | _____ |
| | Additional account: | _____ | _____ |
| | Additional account: | _____ | _____ |

22.  **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes ......................

| | Institution name or individual: | |
|---|---|---|
| Electric: | _____ | _____ |
| Gas: | _____ | _____ |
| Heating oil: | _____ | _____ |
| Security deposit on rental unit: | _____ | _____ |
| Prepaid rent: | _____ | _____ |
| Telephone: | _____ | _____ |
| Water: | _____ | _____ |
| Rented furniture: | _____ | _____ |
| Other: | _____ | _____ |

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ....................  Issuer name and description:

_____ _____

_____ _____

_____ _____

Debtor  **Meadows, Chad Allen**                                    Case number *(if known)* __25-32815__

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ☐ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    _____

    _____

    _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No

    ☐ Yes. Give specific
       information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific
       information about them. ...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ☐ Yes. Give specific
       information about them. ...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☑ No

    ☐ Yes. Give specific information about
       them, including whether you
       already filed the returns and
       the tax years. ...................

    Federal:

    State:

    Local:

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
    settlement

Debtor  **Meadows, Chad Allen**                                    Case number *(if known)* __25-32815__

☑ No

☐ Yes. Give specific information. ........

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

☑ Yes. Give specific information. ........   | Accrued and unpaid wages from Debtor's employer, as of the bankruptcy petition date, May 21, 2025 |   $5,000.00

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value. ....

Company name:              Beneficiary:              Surrender or refund value:

_____          _____          _____

_____          _____          _____

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........          _____          _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ..............          _____          _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ..............          _____          _____

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........          _____          _____

Debtor   **Meadows, Chad Allen**                                        Case number *(if known)* **25-32815**

---

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
     **for Part 4. Write that number here** ....................................................................................  ➜  | $12,674.11 |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37.  **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe. .........   _____   _____

39.  **Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe. .........   _____   _____

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe. .........   _____   _____

41.  **Inventory**

☑ No
☐ Yes. Describe. .........   _____   _____

42.  **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe .......

Name of entity:                                 % of ownership:

_____   _____   _____

_____   _____   _____

Debtor  __Meadows, Chad Allen_____    Case number *(if known)* __25-32815_____

---

43.   **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

☐ No

☐ Yes. Describe. .........

44.   **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information .........

45.   **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** ...................................................................................................   ➔   | $0.00 |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46.   **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

> **Current value of the
> portion you own?**
> Do not deduct secured
> claims or exemptions.

47.   **Farm animals**

*Examples:*  Livestock, poultry, farm-raised fish

☑ No

☐ Yes .........................

48.   **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
information. ............

Debtor  **Meadows, Chad Allen**                                                    Case number *(if known)* **25-32815**

---

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes .........................

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes .........................

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...........................................................................➔  | $0.00 |

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**

*Examples:*  Season tickets, country club membership

☑ No

☐ Yes. Give specific information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...........................................➔  | $0.00 |

| **Part 8:** | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ...............................................................................................➔  | $0.00 |

56. **Part 2: Total vehicles, line 5**  | $51,995.00 |

57. **Part 3: Total personal and household items, line 15**  | $7,825.00 |

58. **Part 4: Total financial assets, line 36**  | $12,674.11 |

59. **Part 5: Total business-related property, line 45**  | $0.00 |

60. **Part 6: Total farm- and fishing-related property, line 52**  | $0.00 |

61. **Part 7: Total other property not listed, line 54**  +  | $0.00 |

62. **Total personal property.** Add lines 56 through 61. ...............  | $72,494.11 |  Copy personal property total ➔  +  | $72,494.11 |

---

Debtor  **Meadows, Chad Allen**                                                        Case number *(if known)*  **25-32815**

| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ......................................................................................... | **$72,494.11** |

Debtor __**Meadows, Chad Allen**__                          Case number *(if known)* __**25-32815**__

## Continuation Page

| 6. | Household goods and furnishings | |
|---|---|---|
| | **Bed and two small dressers** | **$250.00** |
| | **Chest freezer** | **$125.00** |
| | **Electric power washer** | **$75.00** |
| | **Folding table** | **$30.00** |
| | **Kitchen supplies, silverware, cooking utensils, appliances** | **$100.00** |
| | **recteq barbecue pit ($400); charcoal grill ($200);** | **$600.00** |
| | **Sofa ($800), TV stand ($300), Kitchen table and chairs ($150), two rugs ($100); chair ($100)** | **$1,450.00** |
| | **Various power tools ($300); hand tools ($100); welding machine ($500); weed eater ($50)** | **$950.00** |
| 10. | Firearms | |
| | **Jc Higgins 583. No Serial Number** | **$100.00** |
| | **Jc Higgins 583. No Serial Number** | **$100.00** |
| | **Kimber Cdp 2 Serial #KR47556.** | **$800.00** |
| | **Remington 22 short. No Serial Number** | **$25.00** |
| | **Remington nylon 66. Serial #BF6.** | **$250.00** |
| | **Ruger 10/22 takedown. Serial #0011-60656.** | **$500.00** |
| | **Springfield Saint. Serial #SE58822.** | **$900.00** |
| | **Squires Bingham 20. Serial #23-976837** | **$50.00** |
| | **Winchester 94. Serial #4813162** | **$250.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Chad** | **Allen** | **Meadows** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern** District of | **Texas** |
| Case number (if known) | **25-32815** | | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2018 Dodge Ram Pickup 2500** Line from *Schedule A/B*: **3.1** | **$24,400.00** | ☑ **$24,400.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

| Debtor 1 | Chad | Allen | Meadows | Case number *(if known)* | 25-32815 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Sofa ($800), TV stand ($300), Kitchen table and chairs ($150), two rugs ($100); chair ($100)**<br><br>Line from *Schedule A/B:* **6** | $1,450.00 | ☑ **$1,050.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Bed and two small dressers**<br><br>Line from *Schedule A/B:* **6** | $250.00 | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Kitchen supplies, silverware, cooking utensils, appliances**<br><br>Line from *Schedule A/B:* **6** | $100.00 | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Various power tools ($300); hand tools ($100); welding machine ($500); weed eater ($50)**<br><br>Line from *Schedule A/B:* **6** | $950.00 | ☑ **$950.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **recteq barbecue pit ($400); charcoal grill ($200);**<br><br>Line from *Schedule A/B:* **6** | $600.00 | ☑ **$600.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Electric power washer**<br><br>Line from *Schedule A/B:* **6** | $75.00 | ☑ **$75.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    __Chad__        __Allen__        __Meadows__                    Case number *(if known)* __25-32815__
             First Name     Middle Name      Last Name

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: __Chest freezer__<br><br>Line from *Schedule A/B*: __6__ | $125.00 | ☑ __$125.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: __Folding table__<br><br>Line from *Schedule A/B*: __6__ | $30.00 | ☑ __$30.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: __One television ($100); second television ($50); Playstation 4 and gamees ($100); Macbook computer ($200); Bluetooth speaker ($20)__<br><br>Line from *Schedule A/B*: __7__ | $470.00 | ☑ __$470.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: __Tattoo machine and supplies__<br><br>Line from *Schedule A/B*: __9__ | $150.00 | ☑ __$150.00__<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ __$0.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)**<br><br>**Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: __Motorcycle helmet__<br><br>Line from *Schedule A/B*: __9__ | $100.00 | ☑ __$100.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description: __Kimber Cdp 2 Serial #KR47556.__<br><br>Line from *Schedule A/B*: __10__ | $800.00 | ☑ __$800.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: __Springfield Saint. Serial #SE58822.__<br><br>Line from *Schedule A/B*: __10__ | $900.00 | ☑ __$900.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description: __Miscellaneous clothing, shoes and accessories, worn by the Debtor__<br><br>Line from *Schedule A/B*: __11__ | $300.00 | ☑ __$300.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |

| Debtor 1 | Chad | Allen | Meadows | Case number *(if known)* | 25-32815 |
| | First Name | Middle Name | Last Name | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Accrued and unpaid wages from Debtor's employer, as of the bankruptcy petition date, May 21, 2025**<br><br>Line from *Schedule A/B*: **30** | **$5,000.00** | ☑ **$5,000.00**<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.001(b)(1)** |

Fill in this information to identify your case:

| Debtor 1 | **Chad** | **Allen** | **Meadows** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**Texas**_____

Case number (if known) __**25-32815**__

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|---|

**2.1** **Freedom Road Financial**

Creditor's Name

**Attn: Bankruptcy Dept.**

**PO Box 4597**

Number       Street

**Oak Brook, IL 60522-4597**

City       State       ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:

**2019 Honda Africa Twin**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   __1__ __8__ __5__ __1__

| Amount of claim | Value of collateral | Unsecured portion |
|---|---|---|
| $8,406.76 | $9,455.00 | $0.00 |

| Add the dollar value of your entries in Column A on this page. Write that number here: | $8,406.76 |
|---|---|

Debtor 1  **Chad**    **Allen**    **Meadows**    Case number *(if known)* **25-32815**

      First Name    Middle Name    Last Name

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

---

**2.2**

**Regions Bank, d/b/a Ascentium Capital**

Creditor's Name

**c/o Rebecca Munoz, Wright Law Group**

**3120 Southwest Fwy Ste 101, Pmb 84356**

Number        Street

**Houston, TX 77098-4509**

City            State        ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:   **$79,104.41**   **$7,674.11**   **$71,430.30**

**Chase Bank, N.A.**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** Writ of Garnishment was served on Chase Bank, N.A., on May 5, 2025

---

**2.3**

**Sheffield Financial**

Creditor's Name

**101 N. Cherry St Ste 400**

Number        Street

**Winston Salem, NC 27101**

City            State        ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:   **$14,346.96**   **$8,460.00**   **$5,886.96**

**2024 Kawasaki Z650**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

---

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$93,451.37** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | _____ |

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page **2** of **4**

Debtor 1    **Chad**         **Allen**          **Meadows**
    First Name    Middle Name    Last Name          Case number *(if known)* __25-32815__

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion<br>If any |

---

**2.4**  **Synchrony Bank**         Describe the property that secures the claim:     **$16,439.69**    **$9,680.00**    **$6,759.69**

Creditor's Name

**Attn: Bankruptcy Dept.**      | 2024 Kawasaki Z900 |

**PO Box 71783**      As of the date you file, the claim is: Check all that apply.
Number    Street
**Philadelphia, PA 19176-1783**    ☐ Contingent
City    State    ZIP Code    ☐ Unliquidated
**Who owes the debt?** Check one.    ☐ Disputed
☑ Debtor 1 only
☐ Debtor 2 only    **Nature of lien.** Check all that apply.
☐ Debtor 1 and Debtor 2 only    ☑ An agreement you made (such as mortgage or secured car loan)
☐ At least one of the debtors and    ☐ Statutory lien (such as tax lien, mechanic's lien)
    another    ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates to a**    ☐ Other (including a right to
    **community debt**      offset) _____

**Date debt was incurred** __06/25/2024__    **Last 4 digits of account number**  **2  2  1  0**

---

**2.5**  **Wells Fargo Bank, N.A.**      Describe the property that secures the claim:     **$2,917.98**    **$1,450.00**    **$1,467.98**

Creditor's Name

**Re: American Furniture**    | Sofa ($800), TV stand ($300), Kitchen table and chairs ($150), two rugs ($100); chair ($100) |
**Warehouse**

**PO Box 522**      As of the date you file, the claim is: Check all that apply.
Number    Street
**Des Moines, IA 50306-0522**    ☐ Contingent
City    State    ZIP Code    ☐ Unliquidated
**Who owes the debt?** Check one.    ☐ Disputed
☑ Debtor 1 only
☐ Debtor 2 only    **Nature of lien.** Check all that apply.
☐ Debtor 1 and Debtor 2 only    ☐ An agreement you made (such as mortgage or secured car loan)
☐ At least one of the debtors and    ☐ Statutory lien (such as tax lien, mechanic's lien)
    another    ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates to a**    ☐ Other (including a right to
    **community debt**      offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number**  **4  4  7  1**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$19,357.67** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$121,215.80** |

Debtor 1   **Chad**          **Allen**          **Meadows**                    Case number *(if known)*  **25-32815**
_____
           First Name       Middle Name        Last Name

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

1.  **Wells Fargo**
    _____
    Name

    **Attn: Bankruptcy notice (credit card)**
    _____

    **PO Box 10347**
    _____
    Number          Street

    **Des Moines, IA 50306-0347**
    _____
    City            State       ZIP Code

On which line in Part 1 did you enter the creditor? **2.5**

Last 4 digits of account number   **4   4   7   1**

Fill in this information to identify your case:

| Debtor 1 | **Chad** | **Allen** | **Meadows** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**Texas**_____

Case number **25-32815**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.   Do any creditors have priority unsecured claims against you?**
☑ No. Go to Part 2.
☐ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.   Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

| 4.1 **C.H. Brown Co., LLC** | Last 4 digits of account number ___ ___ ___ ___ | $22,548.81 |
|---|---|---|

Nonpriority Creditor's Name

**20 W Frontage Rd**

Number          Street

When was the debt incurred?        **12/14/2021**

**Wheatland, WY 82201-8908**

City                State                ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Debtor's possible personal liability for Equipment Finance Agreement for L And M Services, LLC**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1    **Chad          Allen          Meadows**                    Case number *(if known)*  **25-32815**
First Name      Middle Name      Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                          **Total claim**

**4.2**   **Caterpillar Financial Services Corp**          Last 4 digits of account number  ___ ___ ___ ___        $95,261.81
Nonpriority Creditor's Name

**PO Box 340001**                                When was the debt incurred?        _____
Number          Street

                                                 As of the date you file, the claim is: Check all that apply.
**Nashville, TN 37203-0001**
City          State          ZIP Code          ☐ Contingent
                                                 ☐ Unliquidated
**Who incurred the debt?** Check one.             ☑ Disputed

☐ Debtor 1 only
☐ Debtor 2 only                                  Type of NONPRIORITY unsecured claim:
☐ Debtor 1 and Debtor 2 only                     ☐ Student loans
☑ At least one of the debtors and another        ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ **Check if this claim is for a community debt**      priority claims
                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**               ☑ Other. Specify   **Deficiency claim related to equipment repossessed by**
☑ No                                                                  **creditor from L And M Services, LLC**
☐ Yes

**4.3**   **Chase Bank**                          Last 4 digits of account number   **8   3   7   1**        $22,566.11
Nonpriority Creditor's Name

**Attn: Bankruptcy Notification**                 When was the debt incurred?        _____

**PO Box 15298**                                  As of the date you file, the claim is: Check all that apply.
Number          Street
**Wilmington, DE 19850-5298**                     ☐ Contingent
City          State          ZIP Code          ☐ Unliquidated
                                                 ☐ Disputed
**Who incurred the debt?** Check one.
☑ Debtor 1 only                                  Type of NONPRIORITY unsecured claim:
☐ Debtor 2 only                                  ☐ Student loans
☐ Debtor 1 and Debtor 2 only                     ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ At least one of the debtors and another            priority claims
☐ **Check if this claim is for a community debt**     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                 ☑ Other. Specify   **Credit Card**
**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor 1 | Chad | Allen | Meadows | Case number *(if known)* | 25-32815 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.4**

| **Internal Revenue Service** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** |

Nonpriority Creditor's Name

**Centralized Insolvency Operations**

When was the debt incurred? _____

**PO Box 7346**

Number          Street

**As of the date you file, the claim is:** Check all that apply.

**Philadelphia, PA 19101-7346**

City          State          ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Notice only to federal government tax authority

**4.5**

| **ODK Capital, LLC, d/b/a Ondeck** | Last 4 digits of account number ___ ___ ___ ___ | $250,000.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**

When was the debt incurred? **07/27/2022**

**4700 W Daybreak Pkwy Ste 200**

Number          Street

**As of the date you file, the claim is:** Check all that apply.

**South Jordan, UT 84009-5133**

City          State          ZIP Code

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business loan to L and M Services, LLC**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Debtor's possible personal liability for business loan to L And M Services, LLC

Debtor 1    **Chad**         **Allen**         **Meadows**                Case number *(if known)* 25-32815
_____
First Name    Middle Name    Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.        **Total claim**

---

**4.6**   **Synchrony Bank**                                     Last 4 digits of account number  ___ ___ ___ ___          $2,924.95

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept.**                            **When was the debt incurred?**          _____

**PO Box 71783**                                     **As of the date you file, the claim is:** Check all that apply.

Number            Street                             ☐ Contingent

**Philadelphia, PA 19176-1783**                       ☐ Unliquidated

City            State            ZIP Code            ☐ Disputed

**Who incurred the debt?** Check one.                 **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                                      ☐ Student loans

☐ Debtor 2 only                                      ☐ Obligations arising out of a separation agreement or divorce that you did not report as
                                                         priority claims
☐ Debtor 1 and Debtor 2 only
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another
                                                     ☑ Other. Specify  _____
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Remarks:** Discount Tire/Synchrony Car Care account

---

**4.7**   **Texas Comptroller of Public Accounts**          Last 4 digits of account number  ___ ___ ___ ___          $0.00

Nonpriority Creditor's Name

**Revenue Accounting Div - Bankr Section**            **When was the debt incurred?**          _____

**PO Box 13528**                                     **As of the date you file, the claim is:** Check all that apply.

Number            Street                             ☐ Contingent

**Austin, TX 78711-3528**                             ☐ Unliquidated

City            State            ZIP Code            ☐ Disputed

**Who incurred the debt?** Check one.                 **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                                      ☐ Student loans

☐ Debtor 2 only                                      ☐ Obligations arising out of a separation agreement or divorce that you did not report as
                                                         priority claims
☐ Debtor 1 and Debtor 2 only
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another
                                                     ☑ Other. Specify  _____
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Remarks:** Notice only to state government tax authority; possible personal liability for tax debt of _____

---

Debtor 1   **Chad**              **Allen**             **Meadows**
          First Name          Middle Name          Last Name          Case number *(if known)* __25-32815__

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---------|-------------------------------------------------------|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

---

**4.8**   **Texas Workforce Commission**

Nonpriority Creditor's Name

**TWC Bldg--Regulatory Integrity Div**

**101 E 15th St Building Regulatory Integrity Div**
Number          Street

**Austin, TX 78778-1442**
City              State              ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___  ___  ___  ___                    **$0.00**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**Remarks:** Notice only to state government tax authority; possible personal liability for tax debt of _____

---

**4.9**   **Wells Fargo Bank, N.A.**

Nonpriority Creditor's Name

**PO Box 522**
Number          Street

**Des Moines, IA 50306-0522**
City              State              ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **2   4   9   9**                    **$14,054.03**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

| Debtor 1 | Chad | Allen | Meadows | | Case number *(if known)* 25-32815 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $407,355.71 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $407,355.71 |

Fill in this information to identify your case:

| Debtor 1 | **Chad** | **Allen** | **Meadows** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**Texas**_____

Case number  **25-32815**
(if known)

☐ Check if this is an
   amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Joshua Loupe** | Contract to be ASSUMED |
| | Name | |
| | **5959 Hollyhock Ln** | |
| | Number             Street | |
| | **Montgomery, TX 77316-3353** | |
| | City                State           ZIP Code | |
| 2.2 | | |
| | Name | |
| | Number             Street | |
| | City                State           ZIP Code | |
| 2.3 | | |
| | Name | |
| | Number             Street | |
| | City                State           ZIP Code | |
| 2.4 | | |
| | Name | |
| | Number             Street | |
| | City                State           ZIP Code | |

Fill in this information to identify your case:

Debtor 1 **Chad**          **Allen**          **Meadows**
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: _____**Southern**_____ District of ____**Texas**____

Case number **25-32815**
(if known)

☐ Check if this is an
  amended filing

Official Form 106H

# Schedule H: Your Codebtors                                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
       ☐ No
       ☑ Yes. In which community state or territory did you live? ____**Texas**____. Fill in the name and current address of that person.

       **Amber Meadows**
       Name of your spouse, former spouse, or legal equivalent

       _____
       Number          Street

       _____
       City          State          ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply: |
| **3.1** **Clinton Lowe** <br> Name <br><br> **390 County Road 373** <br> Number          Street <br><br> **Splendora, TX 77372-4675** <br> City          State          ZIP Code | ☑ Schedule D, line ____**2.2**____ <br> ☑ Schedule E/F, line ____**4.1, 4.2, 4.5**____ <br> ☐ Schedule G, line _____ |
| **3.2** **L And M Services, LLC** <br> Name <br><br> **390 County Road 373** <br> Number          Street <br><br> **Splendora, TX 77372-4675** <br> City          State          ZIP Code | ☑ Schedule D, line ____**2.2**____ <br> ☑ Schedule E/F, line ____**4.1, 4.2, 4.5**____ <br> ☐ Schedule G, line _____ |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Chad** | **Allen** | **Meadows** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Southern** | District of | **Texas** |
| Case number | **25-32815** | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. **Fill in your employment information.** | | | |
| If you have more than one job, attach a separate page with information about additional employers. | Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | Occupation | **Field Service Technician** | |
| | Employer's name | **National Oilwell Varco, L.P.** | |
| Occupation may include student or homemaker, if it applies. | Employer's address | **PO Box 4638**<br>Number    Street | Number    Street |
| | | | |
| | | **Houston, TX 77210-4638**<br>City    State    ZIP Code | City    State    ZIP Code |
| | How long employed there? | **Since June, 2024** | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$12,138.14** | |
| 3. | **Estimate and list monthly overtime pay.** | 3. | + **$0.00** | + |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | **$12,138.14** | |

| Debtor 1 | Chad | Allen | Meadows | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number (if known) | 25-32815 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here........................................................... → 4. | | $12,138.14 | |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $2,968.27 | |
| | 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | |
| | 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | |
| | 5d. Required repayments of retirement fund loans | 5d. | $0.00 | |
| | 5e. Insurance | 5e. | $196.43 | |
| | 5f. Domestic support obligations | 5f. | $0.00 | |
| | 5g. Union dues | 5g. | $0.00 | |
| | 5h. Other deductions. Specify: _____ | 5h. + | $0.00 | + |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $3,164.70 | |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $8,973.45 | |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | |
| | 8b. Interest and dividends | 8b. | $0.00 | |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | |
| | 8d. Unemployment compensation | 8d. | $0.00 | |
| | 8e. Social Security | 8e. | $0.00 | |
| | 8f. Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | |
| | 8g. Pension or retirement income | 8g. | $0.00 | |
| | 8h. Other monthly income. Specify: _____ | 8h. + | $0.00 | + |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $8,973.45 + | = $8,973.45 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____ 11. + $0.00

| Debtor 1 | **Chad** | **Allen** | **Meadows** | Case number *(if known)* **25-32815** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies

12. | **$8,973.45** |
**Combined
monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Chad** | **Allen** | **Meadows** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number **25-32815**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses                                   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**     ☑ No

   Do not list Debtor 1 and Debtor 2.      ☐ Yes. Fill out this information for each dependent.............

   Do not state the dependents' names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No.  ☐ Yes. |
| | _____ | _____ | ☐ No.  ☐ Yes. |
| | _____ | _____ | ☐ No.  ☐ Yes. |
| | _____ | _____ | ☐ No.  ☐ Yes. |
| | _____ | _____ | ☐ No.  ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☐ No

   ☑ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. **$1,700.00** |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. **$0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. **$0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. **$0.00** |
| 4d. | Homeowner's association or condominium dues | 4d. **$0.00** |

| Debtor 1 | **Chad** | **Allen** | **Meadows** | Case number (if known) **25-32815** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

|  | | **Your expenses** |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $0.00 |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. $75.00 |
| | 6b. Water, sewer, garbage collection | 6b. $95.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $205.00 |
| | 6d. Other. Specify: _____ | 6d. $0.00 |
| 7. | **Food and housekeeping supplies** | 7. $600.00 |
| 8. | **Childcare and children's education costs** | 8. $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $140.00 |
| 10. | **Personal care products and services** | 10. $100.00 |
| 11. | **Medical and dental expenses** | 11. $80.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $500.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. $81.00 |
| | 15b. Health insurance | 15b. $0.00 |
| | 15c. Vehicle insurance | 15c. $130.00 |
| | 15d. Other insurance. Specify: _____ | 15d. $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a. $0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $0.00 |
| | 17c. Other. Specify: **Monthly payment on furniture account to Wells Fargo/AFW** | 17c. $150.00 |
| | 17d. Other. Specify: _____ | 17d. $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: **Assistance to stepdaughter from previous marriage** | 19. $250.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | |
| | 20a. Mortgages on other property | 20a. $0.00 |
| | 20b. Real estate taxes | 20b. $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $0.00 |

Debtor 1    **Chad**        **Allen**        **Meadows**                    Case number *(if known)* **25-32815**
             First Name      Middle Name       Last Name

---

21.  **Other.** Specify: _____        21.    +        _____ **$0.00**

22.  **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.        22a.    _____ **$4,106.00**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2        22b.    _____ **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.        22c.    _____ **$4,106.00**

23.  **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*        23a.    _____ **$8,973.45**

    23b. Copy your monthly expenses from line 22c above.        23b.    −    _____ **$4,106.00**

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income.*        23c.    _____ **$4,867.45**

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.    The above-listed expenses include approximately $250 to my stepdaughter from my previous marriage.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Chad** | **Allen** | **Meadows** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number (if known) | **25-32815** | | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information            12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

| Part 1: | Summarize Your Assets |
|---|---|

| | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*................................................. | **$0.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*................................................. | **$72,494.11** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*................................................. | **$72,494.11** |

| Part 2: | Summarize Your Liabilities |
|---|---|

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$121,215.80** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | **$0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | **+ $407,355.71** |
| **Your total liabilities** | **$528,571.51** |

| Part 3: | Summarize Your Income and Expenses |
|---|---|

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.......................................... | **$8,973.45** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.......................................... | **$4,106.00** |

| Debtor 1 | **Chad** | **Allen** | **Meadows** | | Case number *(if known)* **25-32815** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

Fill in this information to identify your case:

| Debtor 1 | **Chad** | **Allen** | **Meadows** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     **Southern District of Texas**

Case number (if known)     **25-32815**

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Chad Allen Meadows**
Chad Allen Meadows, Debtor 1

Date **05/31/2025**
MM/ DD/ YYYY

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Chad** | **Allen** | **Meadows** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number (if known) | **25-32815** | | |

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married

☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No

☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **390 County Road 373** | From **October 2023** | | From _____ |
| Number   Street | | Number   Street | To _____ |
| | To **November 2024** | | |
| **Splendora, TX 77372** | | | |
| City            State  ZIP Code | | City            State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **1014 Adams St** | From **November 2017** | | From _____ |
| Number   Street | | Number   Street | To _____ |
| | To **October 2023** | | |
| **Cleveland, TX 77327-3549** | | | |
| City            State  ZIP Code | | City            State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **Chad** | **Allen** | **Meadows** | Case number *(if known)* **25-32815** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$57,402.19** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, __2024__ )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$61,357.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2023__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$34,400.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | | |
| **For last calendar year:**<br>(January 1 to December 31, __2024__ )<br>YYYY | | | | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2023__ )<br>YYYY | | | | |

| Debtor 1 | **Chad** | **Allen** | **Meadows** | Case number *(if known)* __25-32815__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☑ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| _____ Creditor's Name | _____ | _____ | _____ | ☐ Mortgage |
| | | | | ☐ Car |
| _____ Number     Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| _____ | _____ | | | ☐ Suppliers or vendors |
| _____ City          State     ZIP Code | | | | ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ Insider's Name | _____ | _____ | _____ | |
| _____ Number     Street | _____ | | | |
| _____ | _____ | | | |
| _____ City          State     ZIP Code | | | | |

| Debtor 1 | **Chad** | **Allen** | **Meadows** | Case number *(if known)* **25-32815** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| _____ Insider's Name | _____ | _____ | _____ | |
| _____ Number    Street | _____ | | | |
| _____ | _____ | | | |
| _____ City              State    ZIP Code | | | | |

<div style="background:black;color:white">**Part 4:**  Identify Legal Actions, Repossessions, and Foreclosures</div>

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **Ascentium Capital LLC vs. L And M Services, LLC, et al.** | **Suit on a debt owed by L And M Services, LLC, and personally guaranteed by Debtor and one other individual** | **284th Judicial District Court of Montgomery County, Texas** <br>Court Name<br>**Attn: Melisa Miller, District Clerk** <br>**PO Box 2985** <br>Number    Street<br>**Conroe, TX 77305-2985** <br>City              State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number | **24-08-13422** | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

Debtor 1    **Chad**      **Allen**      **Meadows**      Case number *(if known)* **25-32815**

First Name      Middle Name      Last Name

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Regions Bank dba Ascentium Capital** <br> Creditor's Name | **Debtor's checking account at Chase Bank, N.A.** | **05/05/2025** | **$7,674.11** |
| **3120 Southwest Fwy Ste 101, Pmb 84356** <br> Number   Street | Explain what happened | | |

Creditor's Name

**3120 Southwest Fwy Ste 101, Pmb 84356**
Number   Street

**Explain what happened**

☐ Property was repossessed.
☐ Property was foreclosed.
☑ Property was garnished.
☐ Property was attached, seized, or levied.

**Houston, TX 77098-4509**
City      State      ZIP Code

---

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| Number   Street | | | |
| City    State    ZIP Code | | | |

Last 4 digits of account number: XXXX– __ __ __ __

---

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:**   List Certain Gifts and Contributions

---

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No

☑ Yes. Fill in the details for each gift.

Debtor 1   **Chad**        **Allen**        **Meadows**                         Case number *(if known)* **25-32815**

First Name        Middle Name        Last Name

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Chelsey Butler** <br> Person to Whom You Gave the Gift <br><br> **15622 Jackie Robinson Rd** <br> Number     Street <br><br> **Splendora, TX 77372-5450** <br> City            State     ZIP Code <br><br> Person's relationship to you  **Girlfriend** | **Cash gift** | **10/22/2024** | **$600.00** |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Chelsey Butler** <br> Person to Whom You Gave the Gift <br><br> **15622 Jackie Robinson Rd** <br> Number     Street <br><br> **Splendora, TX 77372-5450** <br> City            State     ZIP Code <br><br> Person's relationship to you  **Girlfriend** | **Rifle and scope (Christmas gift)** | **12/24/2024** | **$769.00** |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name <br><br> Number     Street <br><br> City            State     ZIP Code | | | |

| Debtor 1 | **Chad** | **Allen** | **Meadows** | Case number *(if known)* **25-32815** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

### Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **B. Weldon Ponder, Jr., Attorney at Law**<br>Person Who Was Paid | **Attorney's Fee** | **5/22/2025** | **$4,000.00** |
| **4408 Spicewood Springs Road**<br>Number     Street | | | |
| **Austin, TX 78759**<br>City               State     ZIP Code | | | |
| Email or website address | | | |
| **Dawn Thompson**<br>Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **The Brady Firm, PC**<br>Person Who Was Paid | **Fees for bankruptcy consultation** | **11/05/2024** | **$1,000.00** |
| **2123 North Blvd**<br>Number     Street | | | |
| **Houston, TX 77098-5313**<br>City               State     ZIP Code | | | |
| **richard.thebradyfirm@gmail.com**<br>Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1    **Chad**          **Allen**          **Meadows**                    Case number *(if known)* **25-32815**
            First Name       Middle Name        Last Name

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | | |
| City          State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Unknown purchaser** <br> Person Who Received Transfer | Remote-controlled car | Remote-controlled car sold to an individual for $300. | **June or July 2024** |
| Number    Street | | | |
| City          State    ZIP Code | | | |
| Person's relationship to you <br> **None** | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |

Debtor 1   **Chad**          **Allen**          **Meadows**                     Case number *(if known)* **25-32815**
          First Name      Middle Name      Last Name

| **Part 8:** | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

|  | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** | XXXX– ___ ___ ___ ___ | ☐ Checking | ———————— | ———————— |
| **Number     Street** | | ☐ Savings | | |
| | | ☐ Money market | | |
| | | ☐ Brokerage | | |
| **City          State   ZIP Code** | | ☐ Other ———————— | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

|  | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Financial Institution** | **Name** | | ☐ No |
| | | | ☐ Yes |
| **Number     Street** | **Number     Street** | | |
| **City          State   ZIP Code** | **City          State   ZIP Code** | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

Debtor 1    **Chad**          **Allen**          **Meadows**                    Case number *(if known)* **25-32815**
            First Name        Middle Name        Last Name

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Clinton Lowe residence (friend)**<br>Name of Storage Facility<br><br>**390 County Road 373**<br>Number     Street<br><br>_____<br><br>**Splendora, TX 77372-4675**<br>City          State     ZIP Code | **Clinton Lowe**<br>Name<br><br>**390 County Road 373**<br>Number     Street<br><br>**Splendora, TX 77372-4675**<br>City          State     ZIP Code | **Tools and welding machine; car parts and parts for homemade trailer project (all are items listed in answer to Questions 6 and 14 on Schedule A/B).** | ☐ No<br>☑ Yes |

---

**Part 9:**  Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns?** Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No

☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Dawn Thompson**<br>Owner's Name<br><br>**14028 Shoreline Dr**<br>Number     Street<br><br>_____<br><br>**Willis, TX 77318**<br>City          State     ZIP Code | **15622 Jackie Robinson Rd**<br>Number     Street<br><br>_____<br><br>**Splendora, TX 77372-5450**<br>City          State     ZIP Code | **Four guitars; photo albums; and two firearms. These items belong to the Debtor's mother, whose home burned approximately two months ago. Debtor took possession of these items temporarily to keep them from being stolen from the premises of her home.** | _____ |

---

**Part 10:**  Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☐ No

☑ Yes. Fill in the details.

Debtor 1    **Chad**          **Allen**          **Meadows**                    Case number *(if known)* **25-32815**
            First Name      Middle Name        Last Name

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Name of site** | **Montgomery County Fire Marshall**<br>Governmental unit | **Debtor was cited by the county's Fire Marshall for alleged "unlawful burning" and alleged "violation of the Clean Air Act" at a job site.** | **2023** |
| **Number    Street** | **501 N Thompson St**<br>Number    Street | | |
| | **Conroe, TX 77301**<br>City          State     ZIP Code | | |
| **City          State     ZIP Code** | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Name of site** | Governmental unit | | |
| **Number    Street** | Number    Street | | |
| | City          State     ZIP Code | | |
| **City          State     ZIP Code** | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| **Case title** _____ | Court Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | Number    Street | | |
| **Case number** | City          State     ZIP Code | | |

| Debtor 1 | **Chad** | **Allen** | **Meadows** | Case number *(if known)* __25-32815__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 11:** Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| **L And M Services, LLC** | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Name | **Land clearing** | |
| | | EIN: __8__ __4__ – __4__ __1__ __0__ __1__ __1__ __6__ __8__ |
| **390 County Road 373** | **Name of accountant or bookkeeper** | **Dates business existed** |
| Number      Street | **Thu Ha (tax returns only); Clint Lowe (day-to-day books)** | From __12/29/2019__ To __10/22/2024__ |
| **Splendora, TX 77372-4675** | | |
| City            State     ZIP Code | | |

| **Triple C Firearms, LLC** | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Name | **Firearms dealer and manufacturer** | |
| | | EIN: __8__ __2__ – __1__ __4__ __3__ __2__ __0__ __6__ __9__ |
| **390 County Road 373** | **Name of accountant or bookkeeper** | **Dates business existed** |
| Number      Street | **Thu Ha (tax returns only); Clint Lowe (day-to-day books)** | From __02/15/2017__ To _____ |
| **Splendora, TX 77372-4675** | | |
| City            State     ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | **Date issued** |
|---|---|
| Name | |
| | |
| Number      Street | MM / DD / YYYY |
| | |
| City            State     ZIP Code | |

| Debtor 1 | **Chad** | **Allen** | **Meadows** | | Case number *(if known)* **25-32815** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.


**X**  **/s/ Chad Allen Meadows**

Signature of Chad Allen Meadows, Debtor 1


Date  **05/31/2025**


**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Chad** **Allen** **Meadows** | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | **Southern District of Texas** | |
| Case number (if known) | **25-32815** | |

☐ Check if this is an amended filing

# Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7     **12/15**

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:** List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Sheffield Financial**<br><br>Description of property securing debt: **2024 Kawasaki Z650** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name: **Wells Fargo Bank, N.A.**<br><br>Description of property securing debt: **Sofa ($800), TV stand ($300), Kitchen table and chairs ($150), two rugs ($100); chair ($100)** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |

Debtor 1   **Chad**          **Allen**          **Meadows**                    Case number *(if known)* __25-32815__

        First Name       Middle Name       Last Name

## Additional Page for Part 1

| | | | |
|---|---|---|---|
| Creditor's name: | **Synchrony Bank** | ☑ Surrender the property. | ☑ No |
| | | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | **2024 Kawasaki Z900** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | | ☐ Retain the property and [explain]: | |
| Creditor's name: | **Freedom Road Financial** | ☑ Surrender the property. | ☑ No |
| | | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | **2019 Honda Africa Twin** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | | ☐ Retain the property and [explain]: | |

Debtor 1    **Chad**          **Allen**          **Meadows**                    Case number *(if known)* **25-32815**
_____      _____      _____
First Name      Middle Name      Last Name

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |

| Part 3: | Sign Below |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

**X** **/s/ Chad Allen Meadows**
_____
Signature of Debtor 1

Date **05/31/2025**
_____
MM/ DD/ YYYY

Fill in this information to identify your case:

| Debtor 1 | **Chad** | **Allen** | **Meadows** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   **Southern District of Texas**

Case number   **25-32815**
(if known)

☐ Check if this is an amended filing

## Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   **12/15**

**File this supplement together with** *Chapter 7 Statement of Your Current Monthly Income* **(Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

### Part 1:   Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition* (Official Form 101).

   ☑ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.   Go to Part 2.

### Part 2:   Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))**?**

   ☐ No.   Go to line 3.

   ☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

       ☐ No.   Go to line 3.

       ☐ Yes.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

       ☐ No.   Complete Form 122A-1. Do not submit this supplement.

       ☐ Yes.   Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Official Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Debtor 1**   Chad   Allen   Meadows
First Name   Middle Name   Last Name

**Debtor 2**
(Spouse, if filing)
First Name   Middle Name   Last Name

United States Bankruptcy Court for the:   **Southern District of Texas**

Case number   **25-32815**
(if known)

Check one box only as directed in this form and in Form 122A-1Supp:

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income                    12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1:   Calculate Your Current Monthly Income

1.  **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

        ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

        ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2.  **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3.  **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4.  **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

5.  **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | - _____ | - _____ |
| Net monthly income from a business, profession, or farm | [_____] | [_____]   Copy here → |

6.  **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | - _____ | - _____ |
| Net monthly income from rental or other real property | [_____] | [_____]   Copy here → |

7.  **Interest, dividends, and royalties**                    _____   _____

Debtor 1   **Chad          Allen          Meadows**                        Case number *(if known)* **25-32815**
      First Name      Middle Name      Last Name

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**8. Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: ..................................... ↓

For you.........................................................................

For your spouse...........................................................

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

Total amounts from separate pages, if any.     + _____    + _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.    _____ + _____ = _____

**Total current monthly income**

---

**Part 2:**   Determine Whether the Means Test Applies to You

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11..................................................   **Copy line 11 here →** _____

Multiply by 12 (the number of months in a year).                 **x 12**

12b. The result is your annual income for this part of the form.        **12b.** _____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.       _____

Fill in the number of people in your household.       _____

Fill in the median family income for your state and size of household...........................................   **13.** _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
      Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
      Go to Part 3 and fill out Form 122A–2.

---

Debtor 1    **Chad**      **Allen**      **Meadows**      Case number *(if known)* **25-32815**

First Name      Middle Name      Last Name

---

**Part 3:** Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X**   **/s/ Chad Allen Meadows** _____

Signature of Debtor 1

Date **05/31/2025** _____

MM/  DD/  YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

---

Official Form 122A-1      **Chapter 7 Statement of Your Current Monthly Income**      page **3**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Chad** | **Allen** | **Meadows** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number   **25-32815**
(if known)

☐ Check if this is an amended filing

## Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   12/15

Fill this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:  Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition* (Official Form 101).

   ☑ No.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

### Part 2:  Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.  Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.  Go to line 3.

      ☐ Yes.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.  Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

      ☐ No.  Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes.  Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Official Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

If your exclusion period ends before your case is closed, you may have to file an amended form later

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**    Meadows, Chad Allen

Case No. _____**25-32815**_____

**Debtor**

Chapter _____**7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................... _____**$4,000.00**

   Prior to the filing of this statement I have received ................................................. _____**$4,000.00**

   Balance Due ............................................................................................................ _____**$0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor      ☑ Other (specify)    **$4,000 attorney fee, plus $338 filing fee, paid by Dawn Thompson on May 21, 2025**

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   Representation of the Debtor in adversary proceedings and other contested matters, per the Employment Agreement between the Debtor and attorney.

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **05/31/2025** | **/s/ B. Weldon Ponder, Jr** |
| *Date* | B. Weldon Ponder, Jr |
| | *Signature of Attorney* |

Bar Number: 16110400
B. Weldon Ponder, Jr., Attorney at Law
4408 Spicewood Springs Road
Austin, TX 78759
Phone: (512) 342-8222

**B. Weldon Ponder, Jr., Attorney at Law**
*Name of law firm*

**United States Bankruptcy Court**
**Southern District of Texas**

In re   **Meadows, Chad Allen** _____   Case No.   _____ **25-32815** _____
                                     Debtor(s)   Chapter   _____ **7** _____

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Meadows, Chad Allen** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☒   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date _____ **05/31/2025** _____   Signature _____ **/s/ Chad Allen Meadows** _____
                                     Chad Allen Meadows
                                     Debtor

National Oilwell Varco, L.P.
P.O Box 4638
Houston, Texas 77210-4638

Advice No.
DATE         14-Mar-2025

## Deposit Advice

| Bank | Account | Account Number | Net Amount |
|------|---------|----------------|-----------|
| JPMORGAN CHASE BANK, NA | CHECKING | XXXXX7291 | 1,864.28 |

US TX Houston SHP 5100 N Sam Houston
Pkwy W
RA 3001-011 MA OPS Gen AM Service
COV - 00053100
Chad Meadows
390 County Road 373
Splendora TX 77372

# THIS IS NOT A CHECK

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

| Employee Name | Person Number | Period Date | Check Date |
|---------------|---------------|-------------|------------|
| Chad Meadows | 273200 | 23-Feb-2025 - 08-Mar-2025 | 14-Mar-2025 |

| Legal Entity | Check Number | Pay Rate |
|--------------|--------------|----------|
| National Oilwell Varco, L.P. | | 29.00 |

| Type | Marital Status | Additional Amount |
|------|----------------|-------------------|
| FEDERAL_2020 | Single or Married filing separately | 0.00 |
| TX | | 0.00 |

### Summary

| | Gross Earnings | Pretax Deductions | Tax Deductions | Other Deductions | Net Pay |
|--|----------------|-------------------|----------------|------------------|---------|
| Current | 2,323.28 | 64.50 | 365.06 | 26.16 | 1,864.28 |
| Year to Date | 35,279.34 | 387.00 | 8,832.82 | 156.96 | 25,882.88 |

| Earnings | | | | | Deductions | | |
|----------|--|--|--|--|------------|--|--|
| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date |
| Regular Time | 80 | 29.00 | 2,320.00 | 12,412.00 | FIT Withheld | 192.26 | 6,163.55 |
| OT Straight | | | 0.00 | 7,598.00 | Social Security Employee Withheld | 140.05 | 2,163.33 |
| Day Pay Domestic Supp | | | 0.00 | 6,480.00 | | | |
| OT Premium | | | 0.00 | 5,653.66 | Medicare Employee Withheld | 32.75 | 505.94 |
| Day Pay Domestic Offshore | | | 0.00 | 1,260.00 | | | |
| Holiday | | | 0.00 | 928.00 | Life Employee NOV EE BE | 13.71 | 82.26 |
| Vacation Taken | | | 0.00 | 928.00 | ADD Employee NOV EE BE | 6.28 | 37.68 |
| GTL Imputed NOV EE BE | | | 3.28 | 19.68 | LTD Buy Up NOV EE BE | 6.17 | 37.02 |

| Pretax Deductions | | |
|-------------------|--|--|
| Description | Current | Year to Date |
| Medical NOV EE BE | 57.00 | 342.00 |
| Dental NOV EE BE | 7.50 | 45.00 |

**To view sick/vacation balances:**
**Hourly NOV Timeclock users: Select View Accruals > enter badge Id > select the accrual plans to view the details.**
**Hourly NOV Time Desktop user, log into https://novtime.nov.com > click on the My Timecard tile arrow > choose a Time Period > click the "Accruals" tab (bottom of the timecard)**
**Non-CBA Exempt EEs receive salary continuation in lieu of sick time.**

National Oilwell Varco, L.P.
P.O Box 4638
Houston, Texas 77210-4638

Advice No.
DATE          28-Mar-2025

## Deposit Advice

| Bank | Account | Account Number | Net Amount |
|------|---------|----------------|-----------|
| JPMORGAN CHASE BANK, NA | CHECKING | XXXXX7291 | 3,632.09 |

US TX Houston SHP 5100 N Sam Houston
Pkwy W
RA 3001-011 MA OPS Gen AM Service
COV - 00053100
Chad Meadows
390 County Road 373
Splendora TX 77372

# THIS IS NOT A CHECK

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

| Employee Name | Person Number | Period Date | Check Date |
|---------------|---------------|-------------|------------|
| Chad Meadows | 273200 | 09-Mar-2025 - 22-Mar-2025 | 28-Mar-2025 |

| Legal Entity | Check Number | Pay Rate |
|--------------|--------------|----------|
| National Oilwell Varco, L.P. | | 29.00 |

| Type | Marital Status | Additional Amount |
|------|----------------|-------------------|
| FEDERAL_2020 | Single or Married filing separately | 0.00 |
| TX | | 0.00 |

### Summary

| | Gross Earnings | Pretax Deductions | Tax Deductions | Other Deductions | Net Pay |
|--|----------------|-------------------|----------------|------------------|---------|
| Current | 4,815.28 | 64.50 | 1,089.25 | 26.16 | 3,632.09 |
| Year to Date | 40,094.62 | 451.50 | 9,922.07 | 183.12 | 29,514.97 |

### Earnings / Deductions

| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date |
|-------------|-------|------|---------|--------------|-------------|---------|--------------|
| Regular Time | 80 | 29.00 | 2,320.00 | 14,732.00 | FIT Withheld | 725.82 | 6,889.37 |
| OT Straight | 32 | 29.00 | 928.00 | 8,526.00 | Social Security Employee Withheld | 294.54 | 2,457.87 |
| Day Pay Domestic Supp | | | 900.00 | 7,380.00 | | | |
| OT Premium | 32 | 20.75 | 664.00 | 6,317.66 | Medicare Employee Withheld | 68.89 | 574.83 |
| Day Pay Domestic Offshore | | | 0.00 | 1,260.00 | | | |
| Holiday | | | 0.00 | 928.00 | Life Employee NOV EE BE | 13.71 | 95.97 |
| Vacation Taken | | | 0.00 | 928.00 | ADD Employee NOV EE BE | 6.28 | 43.96 |
| GTL Imputed NOV EE BE | | | 3.28 | 22.96 | LTD Buy Up NOV EE BE | 6.17 | 43.19 |

### Pretax Deductions

| Description | Current | Year to Date |
|-------------|---------|--------------|
| Medical NOV EE BE | 57.00 | 399.00 |
| Dental NOV EE BE | 7.50 | 52.50 |

**To view sick/vacation balances:**
**Hourly NOV Timeclock users: Select View Accruals > enter badge Id > select the accrual plans to view the details.**
**Hourly NOV Time Desktop user, log into https://novtime.nov.com > click on the My Timecard tile arrow > choose a Time Period > click the "Accruals" tab (bottom of the timecard)**
**Non-CBA Exempt EEs receive salary continuation in lieu of sick time.**

P.O Box 4638
Houston, Texas 77210-4638

## Deposit Advice

| Bank | Account | Account Number | Net Amount |
|---|---|---|---|
| JPMORGAN CHASE BANK, NA | CHECKING | XXXXX7291 | 1,864.28 |

US TX Houston SHP 5100 N Sam Houston
Pkwy W
RA 3001-011 MA OPS Gen AM Service
COV - 00053100
Chad Meadows
390 County Road 373
Splendora TX 77372

# THIS IS NOT A CHECK

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

| Employee Name | Person Number | Period Date | Check Date |
|---|---|---|---|
| Chad Meadows | 273200 | 23-Mar-2025 - 05-Apr-2025 | 11-Apr-2025 |

| Legal Entity | | Check Number | Pay Rate |
|---|---|---|---|
| National Oilwell Varco, L.P. | | | 29.00 |

| Type | Marital Status | Additional Amount |
|---|---|---|
| FEDERAL_2020 | Single or Married filing separately | 0.00 |
| TX | | 0.00 |

### Summary

| | Gross Earnings | Pretax Deductions | Tax Deductions | Other Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,323.28 | 64.50 | 365.06 | 26.16 | 1,864.28 |
| Year to Date | 42,417.90 | 516.00 | 10,287.13 | 209.28 | 31,379.25 |

### Earnings / Deductions

| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Time | 80 | 29.00 | 2,320.00 | 17,052.00 | FIT Withheld | 192.26 | 7,081.63 |
| OT Straight | | | 0.00 | 8,526.00 | Social Security Employee Withheld | 140.05 | 2,597.92 |
| Day Pay Domestic Supp | | | 0.00 | 7,380.00 | | | |
| OT Premium | | | 0.00 | 6,317.66 | Medicare Employee Withheld | 32.75 | 607.58 |
| Day Pay Domestic Offshore | | | 0.00 | 1,260.00 | | | |
| Holiday | | | 0.00 | 928.00 | Life Employee NOV EE BE | 13.71 | 109.68 |
| Vacation Taken | | | 0.00 | 928.00 | ADD Employee NOV EE BE | 6.28 | 50.24 |
| GTL Imputed NOV EE BE | | | 3.28 | 26.24 | | | |
| | | | | | LTD Buy Up NOV EE BE | 6.17 | 49.36 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Medical NOV EE BE | 57.00 | 456.00 |
| Dental NOV EE BE | 7.50 | 60.00 |

**To view sick/vacation balances:**
**Hourly NOV Timeclock users: Select View Accruals > enter badge Id > select the accrual plans to view the details.**
**Hourly NOV Time Desktop user, log into https://novtime.nov.com > click on the My Timecard tile arrow > choose a Time Period > click the "Accruals" tab (bottom of the timecard)**
**Non-CBA Exempt EEs receive salary continuation in lieu of sick time.**

National Oilwell Varco, L.P.
P.O Box 4638
Houston, Texas 77210-4638

Advice No:
DATE        25-Apr-2025

## Deposit Advice

| Bank | Account | Account Number | Net Amount |
|------|---------|----------------|-----------|
| JPMORGAN CHASE BANK, NA | CHECKING | XXXXX7291 | 5,846.05 |

US TX Houston SHP 5100 N Sam Houston
Pkwy W
RA 3001-011 MA OPS Gen AM Service
COV - 00053100
Chad Meadows
390 County Road 373
Splendora TX 77372

# THIS IS NOT A CHECK

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

| Employee Name | Person Number | Period Date | Check Date |
|---------------|---------------|-------------|-----------|
| Chad Meadows | 273200 | 06-Apr-2025 - 19-Apr-2025 | 25-Apr-2025 |

| Legal Entity | | Check Number | Pay Rate |
|--------------|--|--------------|----------|
| National Oilwell Varco, L.P. | | | 29.00 |

| Type | Marital Status | Additional Amount |
|------|----------------|-------------------|
| FEDERAL_2020 | Single or Married filing separately | 0.00 |
| TX | | 0.00 |

### Summary

| | Gross Earnings | Pretax Deductions | Tax Deductions | Other Deductions | Net Pay |
|--|----------------|-------------------|----------------|------------------|---------|
| Current | 8,054.43 | 64.50 | 2,114.44 | 26.16 | 5,846.05 |
| Year to Date | 50,472.33 | 580.50 | 12,401.57 | 235.44 | 37,225.30 |

### Earnings / Deductions

| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date |
|-------------|-------|------|---------|--------------|-------------|---------|--------------|
| Regular Time | 80 | 29.00 | 2,320.00 | 19,372.00 | FIT Withheld | 1,503.22 | 8,584.85 |
| OT Straight | 75 | 29.00 | 2,175.00 | 10,701.00 | Social Security Employee Withheld | 495.37 | 3,093.29 |
| Day Pay Domestic Supp | | | 1,980.00 | 9,360.00 | | | |
| OT Premium | 26 | 19.95 | 1,576.15 | 7,893.81 | Medicare Employee Withheld | 115.85 | 723.43 |
| | 49 | 21.58 | | | | | |
| Day Pay Domestic Offshore | | | 0.00 | 1,260.00 | Life Employee NOV EE BE | 13.71 | 123.39 |
| Holiday | | | 0.00 | 928.00 | ADD Employee NOV EE BE | 6.28 | 56.52 |
| Vacation Taken | | | 0.00 | 928.00 | | | |
| GTL Imputed NOV EE BE | | | 3.28 | 29.52 | LTD Buy Up NOV EE BE | 6.17 | 55.53 |

### Pretax Deductions

| Description | Current | Year to Date |
|-------------|---------|--------------|
| Medical NOV EE BE | 57.00 | 513.00 |
| Dental NOV EE BE | 7.50 | 67.50 |

**To view sick/vacation balances:**
**Hourly NOV Timeclock users: Select View Accruals > enter badge Id > select the accrual plans to view the details.**
**Hourly NOV Time Desktop user, log into https://novtime.nov.com > click on the My Timecard tile arrow > choose a Time Period > click the "Accruals" tab (bottom of the timecard)**
**Non-CBA Exempt EEs receive salary continuation in lieu of sick time.**

National Oilwell Varco, L.P.
P.O Box 4638
Houston, Texas 77210-4638

Advice No:
DATE        09-May-2025

## Deposit Advice

| Bank | Account | Account Number | Net Amount |
|---|---|---|---|
| JPMORGAN CHASE BANK, NA | CHECKING | XXXXX7291 | 5,077.39 |

US TX Houston SHP 5100 N Sam Houston
Pkwy W
RA 3001-011 MA OPS Gen AM Service
COV - 00053100
Chad Meadows
390 County Road 373
Splendora TX 77372

# THIS IS NOT A CHECK

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

| Employee Name | Person Number | Period Date | Check Date |
|---|---|---|---|
| Chad Meadows | 273200 | 20-Apr-2025 - 03-May-2025 | 09-May-2025 |

| Legal Entity | | Check Number | Pay Rate |
|---|---|---|---|
| National Oilwell Varco, L.P. | | | 29.00 |

| Type | Marital Status | | Additional Amount |
|---|---|---|---|
| FEDERAL_2020 | Single or Married filing separately | | 0.00 |
| TX | | | 0.00 |

### Summary

| | Gross Earnings | Pretax Deductions | Tax Deductions | Other Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 6,929.86 | 64.50 | 1,758.53 | 26.16 | 5,077.39 |
| Year to Date | 57,402.19 | 645.00 | 14,160.10 | 261.60 | 42,302.69 |

### Earnings / Deductions

| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Time | 80 | 29.00 | 2,320.00 | 21,692.00 | FIT Withheld | 1,233.32 | 9,818.17 |
| Day Pay Domestic Supp | | | 1,800.00 | 11,160.00 | Social Security Employee Withheld | 425.66 | 3,518.95 |
| OT Straight | 56 | 29.00 | 1,624.00 | 12,325.00 | | | |
| OT Premium | 56 | 21.12 | 1,182.58 | 9,076.39 | Medicare Employee Withheld | 99.55 | 822.98 |
| Day Pay Domestic Offshore | | | 0.00 | 1,260.00 | | | |
| Holiday | | | 0.00 | 928.00 | Life Employee NOV EE BE | 13.71 | 137.10 |
| Vacation Taken | | | 0.00 | 928.00 | ADD Employee NOV EE BE | 6.28 | 62.80 |
| GTL Imputed NOV EE BE | | | 3.28 | 32.80 | LTD Buy Up NOV EE BE | 6.17 | 61.70 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Medical NOV EE BE | 57.00 | 570.00 |
| Dental NOV EE BE | 7.50 | 75.00 |

**To view sick/vacation balances:**
**Hourly NOV Timeclock users: Select View Accruals > enter badge Id > select the accrual plans to view the details.**
**Hourly NOV Time Desktop user, log into https://novtime.nov.com > click on the My Timecard tile arrow > choose a Time Period > click the "Accruals" tab (bottom of the timecard)**
**Non-CBA Exempt EEs receive salary continuation in lieu of sick time.**